**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Claude Zonou,

    Petitioner,

    v.                                      Case No. 1:12cv069

Warden, Chillicothe
Correctional Institution,                 Judge Michael R. Barrett

    Respondent.

## JUDGMENT IN A CIVIL CASE

    **[ ]**    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Petitioner's writ of habeas corpus is denied with prejudice. This matter is closed.

Date: June 11, 2013                        John P. Hehman, Clerk
                                                    Clerk

                                  By:        *S/Barbara A. Crum*
                                                     Deputy Clerk